UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-6560

———————

CHARLES ALONZO TUNSTALL,

Plaintiff - Appellant,

versus

FRANKLIN FREEMAN; CHARLES CREECY; TOMMY
CASTELLO; SERGEANT GATLING,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle, Chief
District Judge. (CA-97-45-5-BO)

———————

Submitted: July 30, 1998          Decided: August 26, 1998

———————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles Alonzo Tunstall, Appellant Pro Se.  William Dennis Worley,
NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Tunstall v. Freeman</u>, No. CA-97-45-5-BO (E.D.N.C. Mar. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>